An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| EXCELLENCE COMMUNITY MANAGEMENT, A LIMITED LIABILITY COMPANY; AND SUNRISE BAY OWNERS' ASSOCIATION, A NEVADA NON-PROFIT CORPORATION,<br>Petitioners,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JOSEPH HARDY, JR., DISTRICT JUDGE,<br>Respondents,<br>and<br>LAMAR ANDERSON, AN INDIVIDUAL; AND MYRNA JONES, AN INDIVIDUAL,<br>Real Parties in Interest. | No. 68569<br><br>**FILED**<br><br>SEP 1 1 2015<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

*ORDER DENYING PETITION*
*FOR WRIT OF MANDAMUS OR PROHIBITION*

This original writ petition challenges a district court order vacating a court-annexed arbitration award in a tort action. Having considered the petition, we conclude that petitioners have failed to demonstrate that the district court's order was an arbitrary or capricious abuse of discretion or made in excess of its jurisdiction, and thus our extraordinary intervention is not warranted. NRS 34.160; NRS 34.320; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Smith v. Eighth Judicial Dist. Court*, 107 Nev.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27635

674, 677, 818 P.2d 849, 851 (1991) (holding that this court has the discretion whether to consider a writ petition). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Joseph Hardy, Jr., District Judge
       Boyack Orme & Taylor
       Law Office of Corey B. Beck, P.C.
       Eighth District Court Clerk